UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Anthony DiPetrillo
Case No. 11-10836-JMD
Chapter 13
Debtor

*FILED*

*2012 SEP -6  P 3: 07*

*CLERK OF THE*
*BANKRUPTCY COURT*
*DISTRICT OF NH.*

## TRUSTEE'S AFFIDAVIT OF UNCLAIMED FUNDS

I, LAWRENCE P. SUMSKI, Chapter 13 Trustee, being duly sworn, do solemnly swear on my oath and say:

1.  That certain disbursements authorized by the Court have been unable to be consummated in the above-cited Chapter 13 case, and the case is otherwise ready to be closed.

2.  That pursuant to § 347(a) and Rule 3011 I have now cancelled a disbursement check, to wit:

> Check #138768
> Issued on: 1/3/2012
> Issued to: Anthony DiPetrillo
>            17 Grove Avenue
>            Salem, NH  03079
> In the amount of $1,556.00

3.  That the original, now cancelled check was sent to the debtor via his attorney, Michael Feinman at 23 Main Street, Andover, MA  01810 with a copy of the correspondence being sent contemporaneously to the debtor at the address listed above.

4.  That attached is my replacement check number 147352 in the amount of $1,556.00, payable to the Clerk of Court, and these should be considered unclaimed funds.

I hereby certify the above-cited information to be true to the best of my knowledge.

Respectfully submitted

Dated:   September 6, 2012

Lawrence P. Sumski,
Chapter 13 Trustee
1000 Elm Street
Suite 1002
Manchester, NH  03101
(603) 626-8899
ID# BNH01460

CC: Kerri

On this the 6th day of September, 2012 before me, personally appeared Lawrence P. Sumski satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same voluntarily and for the purposes therein contained.

Before me,

*Irene D. Morrissette*
Notary Public

**IRENE D. MORRISSETTE, Notary Public**
**My Commission Expires April 9, 2013**

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 6th day of September, 2012, a copy of the foregoing Affidavit of Unclaimed Funds was forwarded, by first class mail to Anthony DiPetrillo at 17 Grove Avenue, Salem, NH 03079, Debtor's Attorney, and AUST Geraldine Karonis.

Dated:  September 6, 2012          /s/ Lawrence P. Sumski
                                  Lawrence P. Sumski